Kristin A. Schuler-Hintz, Esq. Nevada SBN 7171
Christopher Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
Chunter@McCarthyHotlthus.com

Attorney for Defendants:
Nationstar Mortgage, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER HIGGINS and MARGARET DUPONS HIGGINS, as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>FLAGSTAR BANCORP, a Foreign Corporation d/b/a Flagstar Bank; NATIONSTAR MORTGAGE, LLC, a foreign limited liability company; JOHN DOES I-V and DOE CORPORATIONS, I through X, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00213-KJD-LRL<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE AND EXPUNGING LIS PENDENS** |

COMES NOW Defendant, Nationstar Mortgage, LLC, by and through its counsel of record, Christopher M. Hunter, Esq., Defendant, Flagstar Bancorp., by and through its counsel of record, James A. Kohl, Esq., and Plaintiffs, Christopher Higgins and Margaret Dupons Higgins, by and through their counsel of record, Taylor L. Randolph, Esq., who do hereby stipulate, after careful consideration of the facts, history, costs of litigation and status of the proceedings that it is in their best interests that the above styled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

The parties further stipulate that the lis pendens affecting the property located at 7652 Fabled Filigree St., Las Vegas, Nevada (APN 125-17-211-251) and recorded by Plaintiffs on

- 1

1  January 20, 2010 in the public records of Clark County, Nevada as instrument number
2  201001200004163 be expunged and have no further force and effect.

McCARTHY & HOLTHUS, LLP

Dated: 7/9/2010                    By:  /s/Christopher M. Hunter
                                   Christopher M. Hunter
                                   9510 W. Sahara, Suite 110
                                   Las Vegas, NV 89117


RANDOLPH LAW FIRM, PC


Dated: 7/9/2010                    By: /s/Taylor L. Reandolph
                                   Taylor L. Randolph, Esq.
                                   1835 Village Center Circle
                                   Las Vegas, NV 89134


Dated: 7/9/2010        HOWARD & HOWARD, PC

                                   By: /s/James A. Kohl
                                   James A. Kohl
                                   Howard & Howard PC
                                   3800 Howard Hughes Parkway
                                   Suite 1400
                                   Las Vegas, NV  89169

ORDER

Based on the above and the foregoing and good cause appearing, IT IS SO ORDERED.

7/13/2010            By: _____
                                   UNITED STATES DISTRICT JUDGE

- 2